## SECOND DEPARTMENT, OCTOBER, 1919.

FREDERICK N. LEWIS, Appellant, v. NEW YORK MUNICIPAL RAILWAY CORPORATION, Defendant, and THE CONNERS BROS. COMPANY, INC., and Another, Respondents.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Kelby at Special Term. (Reported in 109 Misc. Rep. 685.)  Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

DORA PINES, Appellant, v. LIBBIE TRAKTMAN and Others, Defendants. CELIA MOLIVER, Respondent.— Judgment affirmed, with costs, upon the opinion of Mr. Justice Benedict at Special Term. (Reported in 109 Misc. Rep. 680.)  Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

THE RUDOLPH WALLACH COMPANY, Appellant, v. LIBBIE TRAKTMAN and Others, Defendants.  CELIA MOLIVER, Respondent.— Judgment affirmed, with costs, upon the opinion of Mr. Justice Benedict at Special Term. (Reported in 109 Misc. Rep. 680.)  Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

SUSAN REYNOLDS CHERRIE, Respondent, v. FRANK REYNOLDS, Appellant. — Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Van Siclen at Special Term. (Reported in 108 Misc. Rep. 732.)  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

ELIZABETH A. BROWN, Appellant, v. EVELYN CHASE, Respondent.— Motion for reargument denied, without costs.  Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

ELIZABETH A. BROWN, Appellant, v. EVELYN CHASE, Respondent.— Motion for stay pending the payment of costs of former appeal granted, with ten dollars costs.  Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

EDWARD J. HAVEY, Respondent, v. CITY OF MOUNT VERNON, Appellant. — Motion denied, without costs.  Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

BENJAMIN HERZBERG, Respondent, v. ISAAC BERMAN, Appellant.— Motion for stay granted on condition that Berman give a bond, with corporate security, in the sum of $1,000, conditioned for the payment of any sum found to be due the plaintiff in case he succeeds.  Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

JOHN KELLY, Appellant, v. WILLIAM E. SENGENS, Respondent.— Motion to dismiss appeal granted, without costs.  Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

In the Matter of the Application of WILLIAM McCARTHY, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion denied, without costs.  Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

ISAAC MILLER, Appellant, v. ANNA TELSEY and Others, as Executors, etc., Respondents.— Motion granted, without costs.  Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.